133

MANFRED KYDAN, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent

*Opinion filed October 4, 1974.*

MANFRED KYDAN, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

MANFRED KYDAN, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 4, 1974.*

MANFRED KYDAN, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

MANFRED KYDAN, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL Health, Respondent.

*Opinion filed October 4, 1974.*

MANFRED KYDAN, M.D., Claimant, pro se.